# United States Court of Appeals

## For the First Circuit

No. 20-1236

UNITED STATES OF AMERICA,

Appellee,

v.

EDILIO BENJAMIN-HERNANDEZ,

Defendant, Appellant.

No. 20-1295

UNITED STATES OF AMERICA,

Appellee,

v.

JOHANNI BALBUENA-HERNANDEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on September 21,2002, is amended as follows:

On page 10, line 12 replace "Lara" with "<u>Lara</u>"